```
         UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                         CASE NO. 05 B 41338
    MICHELLE A STEWART
                                               CHAPTER 13

                                               JUDGE: A. BENJAMIN GOLDGAR

           Debtor
    SSN XXX-XX-0328


-----------------------------------------------------------------------
               TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------
    Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.  The case was filed on 09/28/05 and confirmed on 01/06/06.

    2.  The plan is paid in full.

    3.  The Debtor paid a total of $   9765.00 .

    4.  The Trustee made disbursements to creditors as follows:
```

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| FAIRLANE CREDIT LLC | SECURED | 2250.00 | 222.08 | 2250.00 |
| ARMOR SYSTEMS CORP | UNSECURED | NOT FILED | .00 | .00 |
| BAXTER CREDIT UNION | UNSECURED | 2676.76 | .00 | 1160.11 |
| BAXTER CREDIT UNION | UNSECURED | 2281.20 | .00 | 988.67 |
| HSBC | UNSECURED | NOT FILED | .00 | .00 |
| CAVALRY INVESTMENTS LLC | UNSECURED | NOT FILED | .00 | .00 |
| CBUSA SEARS | UNSECURED | NOT FILED | .00 | .00 |
| CREDITORS COLLECTION BUR | UNSECURED | NOT FILED | .00 | .00 |
| CREDITORS COLLECTION BUR | UNSECURED | NOT FILED | .00 | .00 |
| ROUNDUP FUNDING LLC | UNSECURED | 847.13 | .00 | 367.15 |
| DIRECT MERCHANTS CREDIT | UNSECURED | NOT FILED | .00 | .00 |
| ENCORE | UNSECURED | NOT FILED | .00 | .00 |
| TCF NATIONAL BANK | UNSECURED | 75.00 | .00 | 32.50 |
| HARVARD COLLECTION SERVI | UNSECURED | NOT FILED | .00 | .00 |
| HSBC | UNSECURED | NOT FILED | .00 | .00 |
| KEYNOTE CONSULTING INC | UNSECURED | NOT FILED | .00 | .00 |
| JEFFERSON CAPITAL SYSTEM | UNSECURED | 893.88 | .00 | 387.41 |
| NORTHERN ILLINOIS COLLEC | UNSECURED | NOT FILED | .00 | .00 |
| RISK MANAGEMENT ALT INC | UNSECURED | NOT FILED | .00 | .00 |
| TORRES CREDIT SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
| UNIQUE NATIONAL COLLECTI | UNSECURED | NOT FILED | .00 | .00 |
| FAIRLANE CREDIT LLC | UNSECURED | 3354.64 | .00 | 1453.90 |
| BAXTER CREDIT UNION | UNSECURED | 91.28 | .00 | 39.56 |
| BAXTER CREDIT UNION | UNSECURED | 98.47 | .00 | 42.68 |
| GALWAY FINANCIAL SERVICE | FILED LATE | .00 | .00 | .00 |

Summary of disbursements:

```
                     SECURED      PRIORITY    UNSECURED        OTHER         TOTAL
------------------------------------------------------------------------------------
TOTAL CLMS ALLOWED   2250.00           .00     10318.36          .00      12568.36
PRINCIPAL PAID       2250.00           .00      4471.98          .00       6721.98
INTEREST PAID         222.08           .00           .00         .00        222.08
TOTAL PAID           2472.08           .00      4471.98          .00       6944.06
```

The Debtor's attorney, GARY N FOLEY PC                   , was allowed $   2200.00
and was paid $       6.00   direct and $    2194.00   through the plan.

The Trustee received $     421.94 .

Refunds to the Debtor totaled $     205.00 .

    Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 02/10/09                          /S/
                                         GLENN STEARNS
                                         CHAPTER 13 TRUSTEE